934

No. 89-272. LITTMAN, INDIVIDUALLY AND AS MAYOR OF THE TOWNSHIP OF MILLSTONE, NEW JERSEY, ET AL. v. GIMELLO, EXECUTIVE DIRECTOR, NEW JERSEY HAZARDOUS WASTE SITING COMMISSION, ET AL. Sup. Ct. N. J. Certiorari denied. ■

No. 89-276. ENGLAND v. KING, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION. C. A. 9th Cir. Certiorari denied. ■

No. 89-286. ARGUBRIGHT ET AL. v. BEECH AIRCRAFT CORP. C. A. 5th Cir. Certiorari denied. ■

No. 89-288. DOUBLETREE ET AL. v. HAGER, COMMISSIONER OF INSURANCE OF IOWA, AS LIQUIDATOR OF IOWA NATIONAL MUTUAL INSURANCE CO. Sup. Ct. Iowa. Certiorari denied. ■

No. 89-298. DOWNING ET AL. v. CITY OF URBANA EX REL. NEWLIN, DIRECTOR OF LAW. Sup. Ct. Ohio. Certiorari denied.

No. 89-331. CANO v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 89-334. ORTEGA v. CITY OF KANSAS CITY, KANSAS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 89-339. STEELE v. NOEL ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 89-351. TOWNSHIP OF KENNEDY v. KENVUE DEVELOPMENT, INC., ET AL. Pa. Commw. Ct. Certiorari denied.

No. 89-354. BROWN, PERSONAL REPRESENTATIVE OF THE ESTATE OF SWAN v. LAITNER ET AL. Ct. App. Mich. Certiorari denied.

No. 89-355. MOORE v. ORLEANS PARISH SCHOOL BOARD ET AL. C. A. 5th Cir. Certiorari denied. ■

No. 89-356. CICIRELLO v. NEW YORK TELEPHONE CO. C. A. 3d Cir. Certiorari denied.